BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
DEVAL DENIZCILIK VE TICARET A.S.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
-----------------------------------------------------------X
DEVAL DENIZCILIK VE TICARET A.S.,

             Plaintiff,

   -against-

MISRIEEN CONSTRUCTION MATERIALS
(a/k/a MISRIEEN CONSTRUCTION OF
CAIRO); MISRIEEN CONSTRUCTION
MATERIALS & TRADING COMPANY (a/k/a
MISRIEEN CONSTRUCTION MATERIALS &
TRADE COMPANY) (a/k/a MASRIEEN
CONSTRUCTION MATERIALS AND TRADE
CO); EL-MASSREYEEN CO. FOR BUILDING
MATERIALS & TRADE (a/k/a EL-
MASSREYIN CO. FOR BUILDING
MATERIALS & TRADE,

             Defendants.
-----------------------------------------------------------X

07 Civ.

**RULE 7.1 STATEMENT**



07 CIV 8662
JUDGE SULLIVAN
RECEIVED OCT 0 5 2007 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, DEVAL DENIZCILIK VE TICARET A.S.,

certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
October 5, 2007

                                    BROWN GAVALAS & FROMM LLP
                                    Attorneys for Plaintiff
                                    DEVAL DENIZCILIK VE TICARET A.S.

                        By: _____
                              Peter Skoufalos (PS-0105)
                              355 Lexington Avenue
                              New York, New York 10017
                              212-983-8500