

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVAL DENIZCILIK VE TICARET A.S.<br>Plaintiff, | **CERTIFICATE OF MAILING** |
| -V- | |
| MISRIEEN CONSTRUCTION MATERIALS, et al.<br>Defendants. | 07 CV 8662 (RJS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 22ND day of April, 2008

I served the

Summons & Verified Complaint With Ex Parte Order For Process Of Maritime Attachment

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 5th day of October, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

### 8614 8774 9441

*J. Michael McMahon*
CLERK

Dated: New York, NY

# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

April 21, 2008

**BY HAND**

---

**FedEx International Air Waybill — Sender's Copy**

From:
- Date: 4/21/08
- Sender's FedEx Account Number: 2409-5949-6
- Sender's Name: Peter Skoufalos
- Phone: (212) 983-8500
- Company: Brown Gavalas & Fromm LLP
- Address: 355 Lexington Avenue 4th Fl.
- City: New York
- State/Province: New York
- ZIP/Postal Code: 10017

To:
- Company: Misrieen Construction Materials + Trade Co.
- Address: 11 EL Sadd El Aaly Street
- Address: EL Dokki District
- City: Giza
- Country: Egypt

Express Package Service: FedEx Intl. Economy

Your Internal Billing Reference: OP 1564.0002

FedEx Tracking Number: 8614 8774 9441

Form ID No.: 0402

521