UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVAL DENIZCILIK VE TICARET A.S.<br>Plaintiff,<br><br>-V-<br><br>MISRIEEN CONSTRUCTION MATERIALS, et al.<br>Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br>07 CV 8662 (RJS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22ND day of April, 2008**

I served the

Summons & Verified Complaint With Ex Parte Order For Process Of Maritime Attachment

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**5th day of October, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8614 8774 9452**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

April 21, 2008

**BY HAND**

---

**FedEx International Air Waybill — Sender's Copy**

**1 From**
Date: 4/21/08
Sender's FedEx Account Number: 2409-5949-6
Sender's Name: Peter Skoufalos
Phone: (212) 983-8500
Company: Brown Gavalas & Fromm LLP
Address: 355 Lexington Avenue 4th Fl.
City: New York
State/Province: New York
ZIP/Postal Code: 10017

**2 To**
Recipient's Name: EL Massreyeen Co. for Building
Company: Materials & Trade (aka El-Moosreyin Co.)
Address: 11 El Dokki District
Address: 11 El Sadd El Aaly Street
City: Giza
Country: Egypt

**3 Shipment Information**

**4 Express Package Service**: FedEx Intl. Economy

**5 Packaging**

**6 Special Handling**

**7a Payment** Bill transportation charges to: Sender

**7b Payment** Bill duties and taxes to: Sender

**8 Your Internal Billing Reference**: 1564.0002

**9 Required Signature**: Monica Cabrero

FedEx Tracking Number: 8614 8774 9452

Form ID No. 0402
521