```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
DEVAL DENIZCILIK VE TICARET A.S.,

                              07 Civ. 8662 (RJS)

            Plaintiff,               **ORDER TO SHOW CAUSE**

    -against-

MISRIEEN CONSTRUCTION MATERIALS
(a/k/a MISRIEEN CONSTRUCTION OF
CAIRO); MISRIEEN CONSTRUCTION
MATERIALS & TRADING COMPANY (a/k/a
MISRIEEN CONSTRUCTION MATERIALS &
TRADE COMPANY) (a/k/a MASRIEEN
CONSTRUCTION MATERIALS AND TRADE
CO); EL-MASSREYEEN CO. FOR BUILDING
MATERIALS & TRADE (a/k/a EL-
MASSREYIN CO. FOR BUILDING
MATERIALS & TRADE),

            Defendants.
------------------------------------------------------------X

It is hereby ordered that defendants, MISRIEEN CONSTRUCTION MATERIALS (a/k/a MISRIEEN CONSTRUCTION OF CAIRO); MISRIEEN CONSTRUCTION MATERIALS & TRADING COMPANY (a/k/a MISRIEEN CONSTRUCTION MATERIALS & TRADE COMPANY) (a/k/a MASRIEEN CONSTRUCTION MATERIALS AND TRADE CO); EL-MASSREYEEN CO. FOR BUILDING MATERIALS & TRADE (a/k/a EL-MASSREYIN CO. FOR BUILDING MATERIALS & TRADE), appear in person before the Honorable Richard J. Sullivan in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York 10007 as follows:

    Date: June 20, 2008

    Time: 9:15 AM.

to show cause why a default judgment in the amount of $157,380.40 should not be entered against each defendant.

It is further ordered that a copy of this order and the accompanying documents must be served on each defendant ~~at least five days before the hearing.~~ by June 6, 2008. Deft's opposition papers, if any, to be served & filed by June 13, 2008.

Dated: May 30, 2008

_____
Richard J. Sullivan
U.S.D.J.