UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
------------------------------------------------------X
DEVAL DENIZCILIK VE TICARET A.S.,

              Plaintiff,

-against-

MISRIEEN CONSTRUCTION MATERIALS (a/k/a MISRIEEN CONSTRUCTION OF CAIRO); MISRIEEN CONSTRUCTION MATERIALS & TRADING COMPANY (a/k/a MISRIEEN CONSTRUCTION MATERIALS & TRADE COMPANY) (a/k/a MASRIEEN CONSTRUCTION MATERIALS AND TRADE CO); EL-MASSREYEEN CO. FOR BUILDING MATERIALS & TRADE (a/k/a EL-MASSREYIN CO. FOR BUILDING MATERIALS & TRADE),

              Defendants.
------------------------------------------------------X

07 Civ. 8662 (RJS)

**CLERK'S CERTIFICATE OF DEFAULT**

I, J. Michael McMahon, Clerk of the United Stated District Court for the Southern District of New York, do hereby certify that this action commenced on October 5, 2007 with the filing of a Summons and Complaint, and a copy of the Summons, Verified Complaint, and Ex Parte Order for Process of Maritime Attachment was mailed to defendants on April 22, 2008 by FedEx courier. *BY Clerk's Certificate of mailing filed 4/22/08*

I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants is hereby noted.

Dated: New York, New York
      May 19, 2008

                                        J. MICHAEL MCMAHON
                                          Clerk of the Court

                                  By: _____
                                              Deputy Clerk