# **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Monica Cabrera, being duly sworn, deposes and says:

1. That deponent is an employee in the office of Brown Gavalas & Fromm LLP, attorneys herein.

2. That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in Astoria, New York.

3. That on June 3, 2008 she served the within copies of a) Order to Show Cause why default judgment should not be entered against defendants; b) Attorney Affidavit; c) Proposed default judgment; d) Verified Complaint; and e) Clerk's Certificate of Default upon:

Mr. Yehia El Fitty
Mr. Mohammed Younis Bari, Esq.
Misrieen Construction Materials
11 El Sadd El Aaly Street
Dokki
Giza
Egypt

Mr. Yehia El Fitty
Mr. Mohammed Younis Bari, Esq.
El-Massreyeen Co. for Building Materials &
Trade (a/k/a El-Massreyin Co. for Buildings
& Trade)
11 El Sadd El Aaly Street
Dokki
Giza
Egypt

Mr. Yehia El Fitty
Mr. Mohammed Younis Bari, Esq.
Misrieen Construction Materials & Trade
Company
11 El Sadd El Aaly Street
Dokki
Giza
Egypt

by depositing a copy thereof, enclosed in a wrapper addressed as shown above, into the custody of **Federal Express** for delivery, prior to the latest time designated by that service for delivery.

_Monica Cabrera_
MONICA CABRERA

Sworn to before me
this 3rd day of June, 2008

_____
Notary Public

EVAN B. RUDNICKI
Notary Public of the State of New York
No. 02RU6142314
Qualified in Rockland County
Term Expires March 13, 20_10_