UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEVAL DENIZCILIK VE TICARET A.S.,

        07 Civ. 8662 (RJS)

        Plaintiff,        **DEFAULT JUDGMENT**

  -against-

MISRIEEN CONSTRUCTION MATERIALS
(a/k/a MISRIEEN CONSTRUCTION OF
CAIRO); MISRIEEN CONSTRUCTION
MATERIALS & TRADING COMPANY (a/k/a
MISRIEEN CONSTRUCTION MATERIALS &
TRADE COMPANY) (a/k/a MASRIEEN
CONSTRUCTION MATERIALS AND TRADE
CO); EL-MASSREYEEN CO. FOR BUILDING
MATERIALS & TRADE (a/k/a EL-
MASSREYIN CO. FOR BUILDING
MATERIALS & TRADE),

        Defendants.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

      This action having been commenced on October 5, 2007 by the filing of the Summons and Complaint, and a copy of the Summons, Verified Complaint, and Ex Parte Order for Process of Maritime Attachment having been personally served on the defendants, MISRIEEN CONSTRUCTION MATERIALS (a/k/a MISRIEEN CONSTRUCTION OF CAIRO); MISRIEEN CONSTRUCTION MATERIALS & TRADING COMPANY (a/k/a MISRIEEN CONSTRUCTION MATERIALS & TRADE COMPANY) (a/k/a MASRIEEN CONSTRUCTION MATERIALS AND TRADE CO); EL-MASSREYEEN CO. FOR BUILDING MATERIALS & TRADE (a/k/a EL-MASSREYIN CO. FOR BUILDING MATERIALS & TRADE), on April 22, 2008 by mailing the Summons, Verified Complaint, and

Ex Parte Order for Process of Maritime Attachment, and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $157,380.40

Dated: New York, New York
~~May~~ June 20, 2008

_____
U.S.D.J.

This Document was entered on the docket on _____.

The clerk of the Court shall close this case.